**Order filed December 17, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00646-CV
_____

**BRENDA PEABODY, M.D. AND ST. LUKE'S LAKESIDE HOSPITAL, LLC, Appellant**

**V.**

**CHRISTY MANCHAC, INDIVIDUALLY, AS NEXT FRIEND OF MEREDITH MANCHAC AND MALLORY MANCHAC, MINORS, AND REPRESENTATIVES OF THE ESTATE OF THAD MANCHAC, DECEDENT, PAT MANCHAC AND PATRICIA WATSON, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-01332**

---

## O R D E R

The clerk's record was filed August 10, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Defendant Peabody, M.D.'s Objections to the

Sufficiency of the Plaintiffs' First Supplemental Expert Report of Paul S. Brown, M.D. and Motion to Dismiss and attached Exhibits A and B, which were filed on June 14, 2017.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 27, 2018, containing Defendant Peabody, M.D.'s Objections to the Sufficiency of the Plaintiffs' First Supplemental Expert Report of Paul S. Brown, M.D. and Motion to Dismiss and attached Exhibits A and B, which were filed on June 14, 2017.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM